STATE OF CONNECTICUT *v.* CARLOS QUINONES

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 389 (AC 25630), is denied.

*Katherine C. Essington,* special public defender, in support of the petition.

*Susann E. Gill,* senior assistant state's attorney, in opposition.

Decided January 11, 2006

THEODORE A. VERSPYCK ET AL. *v.* MICHAEL J. FRANCO ET AL.

The defendant Marilyn P. Altsheler's petition for certification for appeal from the Appellate Court, 92 Conn. App. 253 (AC 23813), is denied.

*John Wayne Fox, John J. Louizos* and *Patricia M. Gaug,* in support of the petition.

*Robert A. Fuller,* in opposition.

Decided January 24, 2006

SYLVIA FLEMING ET AL. *v.* CITY OF BRIDGEPORT ET AL.*

The named plaintiff's petition for certification for appeal from the Appellate Court, 92 Conn. App. 400 (AC 24640), is denied.

*Lori Welch-Rubin* and *Alan Rosner,* in support of the petition.

*Barbara Brazzel-Massaro,* associate city attorney, in opposition.

Decided January 24, 2006

* Superseded. See *Fleming* v. *Bridgeport,* 277 Conn. 922, 895 A.2d 795 (2006).